# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.   4:05CR00143-001 SWW

JASON KENNIDY

### ORDER

The above entitled cause came on for a hearing on petition to revoke the supervised released granted this defendant in the U. S. District Court for the Northern District of California.  Upon the basis of the preponderance of evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED  that the government's motion is granted, and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the custody of the Bureau of Prisons to serve a term of imprisonment of NINE (9) MONTHS.

There will be no supervised release following defendant's term of imprisonment.

The defendant is remanded to the custody of the U. S. Marshal.  If it is determined that defendant has been in federal custody, the Court does not object to the sentence imposed being credited with time he has served.

IT IS SO ORDERED this 13th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE